IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERTO BAEZ,

    Plaintiff,

v.  :  CIVIL ACTION NO.: CV613-098

DR. (FNU) ALSTON,

    Defendant.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed a cause of action pursuant to 42 U.S.C. § 1983 and named Defendant Alston as the only Defendant. The undersigned determined that Plaintiff had at least three strikes pursuant to 28 U.S.C. § 1915(g) and that Plaintiff met the imminent danger exception to that statute, permitting Plaintiff to proceed with this cause of action without prepayment of his full filing fee. (Doc. No. 20). Plaintiff has now filed an Amended Complaint. Plaintiff seeks to add three (3) additional persons as Defendants based on events which allegedly occurred more than three (3) months after his original Complaint was filed. It appears that, because the undersigned determined Plaintiff met the imminent danger exception at the time he filed his Complaint, Plaintiff now can amend his Complaint in this case, as long as he makes allegations falling under the deliberate indifference rubric. However, the assertions Plaintiff makes in his Amended Complaint do not appear to be related temporally to the assertions in his original Complaint. A plaintiff may not join unrelated claims and various defendants unless the

claims "arise out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action." FED. R. CIV. P. 20(a). In addition, the assertions in his Amended Complaint do not reveal that these putative Defendants placed Plaintiff in imminent danger of serious physical danger at the time he filed his Complaint on October 30, 2013. See 28 U.S.C. § 1915(g) (a prisoner who has accumulated three or more strikes may not proceed with a cause of action unless he shows that he is in imminent danger of serious physical injury). Plaintiff's Amended Complaint should be **DISMISSED**.

**SO REPORTED** and **RECOMMENDED**, this 10th day of March, 2014.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)