# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

ROBERTO BAEZ,

    Plaintiff,

v.                                         CIVIL ACTION NO.: CV613-098

DR. MARY ALSTON,

    Defendant.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections, as supplemented. Plaintiff also filed a Motion to Introduce Evidence and a Motion to Show Cause. Plaintiff has also filed a Motion for Reconsideration, in which he asks the Court to review the assertions contained in this Motion as if they were a timely objection to the Magistrate Judge's Report and Recommendation. Plaintiff's Motions, (doc. nos. 56, 58, 63), are **GRANTED**, but only to the extent the undersigned considered the assertions contained in these Motions in ruling on Plaintiff's Objections to the Magistrate Judge's Report and Recommendation.

Plaintiff asserts that the Magistrate Judge's Report and Recommendation addresses only one (1) of the grievances he filed. The Magistrate Judge's Report discusses the one (1) grievance Plaintiff filed *before* he filed this cause of action, as that is the only grievance which is related to the events giving rise to the cause of action

Plaintiff filed. The second grievance was filed after Plaintiff filed his Complaint in this Court, and the contentions set forth in that grievance are not related to the contentions set forth in the Complaint. (Doc. No. 49, pp. 23). The undersigned notes Plaintiff's averments regarding perjury. Plaintiff makes only conclusory allegations in this regard, and his allegations are disregarded.

Plaintiff's Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, based on his failure to exhaust his administrative remedies prior to the filing of this cause of action. Plaintiff's Request for Arrest Warrant, (doc. no. 60), and Motion for Sanction (doc. no. 62), are **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of August, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)